**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Pedro Wall REMPEL, aka Jacob Rempel, Pedro Rempel–Wall Peter Rempel, Defendant—Appellant.**

**No. 08–30007.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 22, 2008.*

Filed July 31, 2008.

Betsy Horsman, Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

David F. Ness, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Pedro Wall Rempel appeals from the 46–month sentence imposed following his guilty-plea conviction for attempted reentry of a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rempel contends that his sentence is unreasonably harsh because he was merely attempting to retrieve his children. We conclude that Rempel's sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 995–96 (9th Cir. 2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

